Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
TIM MATTHEWS

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tim Mathews, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| Thunderbird Collection Specialists, Inc., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

**PLAINTIFF'S COMPLAINT**

TIM MATTHEWS, through his attorneys, KROHN & MOSS, LTD., alleges the following against Thunderbird Collection Specialists, Inc.:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

6. Plaintiff is a natural person residing in Sedona, Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national collection agency and conducts business in Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. Defendant threatened Plaintiff's wife with a lawsuit seeking and demanding payment for the alleged consume debt. Specifically, Defendant asked Plaintiff's wife where she would like to be served, at home or work. To date, Defendant has not filed a lawsuit.

12. Plaintiff attempted to work out a payment arrangement with Defendant, but they would not put the agreement in writing.

13. Defendant threatened to garnish Plaintiff's wife's wages while seeking and demanding payment for the alleged consumer debt. To date, no wages have been garnished.

14. Defendant issued a letter threatening legal action when no legal action was intened.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by conducting in a nature with the natural consequences of which to harass, oppress, or abuse any person.

b. Defendant violated *§1692e* of the FDCPA by using other false, deceptive, or misleading representation or means in connection with the debt collection.

c. Defendant violated *§1692e(2)* of the FDCPA by misrepresenting the character, amount, or legal status of the alleged debt.

d. Defendant violated *§1692e(4)* of the FDCPA by threatening that the nonpayment of any debt will result in garnishment.

e. Defendant violated *§1692e(5)* of the FDCPA threatening to take legal action against Plaintiff even though Defendant did not intend to take such action.

f. Defendant violated *§1692e(10)* of the FDCPA by making false representations and engaging in deceptive means to collect the debt.

WHEREFORE, Plaintiff, TIM MATTHEWS, respectfully requests judgment be entered against Defendant, Thunderbird Collection Specialists, Inc., for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, TIM MATTHEWS, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

Dated: September 2, 2010         By:/s/Ryan Lee
                                 Ryan Lee, Esq.
                                 KROHN & MOSS, LTD.

- 3 -

PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Attorneys for Plaintiff,
TIM MATTHEWS

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, TIM MATTHEWS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TIM MATTHEWS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9/8/2010

TIM MATTHEWS