Law Offices
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
602-631-4400
602-631-4404
vorze@hinshawlaw.com

Victoria L. Orze (011413)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Tim Matthews, | ) | No. CV10-08168-ECV |
|---|---|---|
| Plaintiff, | ) | **MOTION TO DISMISS** |
| vs. | ) | |
| Thunderbird Collection Specialties, Inc., | ) | |
| Defendant. | ) | |

Defendant Thunderbird Collection Specialists, pursuant to Rule 41(b) and 12(b)(6) moves this court for an order dismissing this matter with prejudice for the reason that the Plaintiff, Tim Matthews, filed an identical action against the defendant in this Court, in matter # CV10-0822, which matter terminated when judgment was entered in favor of the Defendant.  Defendant requests that this Court take judicial notice of the docket and record in CV10-0822, which the Court can do without converting this motion to dismiss into a motion for summary judgment.  This Motion is supported by the following Memorandum of Points and Authorities, along with the record in CV10-0822, Tim Matthews v. TCS, Inc.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Thunderbird Collection Specialists, Inc. is a local collection agency incorporated in and doing business in Arizona.  Plaintiff Tim Matthews (Matthews)

claims to be a consumer who was contacted by the Defendant in connection with a debt, and Matthews alleges that Thunderbird violated the Fair Debt Collection Practices Act (FDCPA) in several ways.

This is Matthews' second lawsuit against Defendant, which arises out of the identical facts and circumstances as alleged in that earlier case. In that prior case, however, Matthews: (1) mis-named the Defendant (even though his attorneys had sued Defendant and named it properly several times prior); (2) failed to properly serve the Defendant; (3) failed to timely serve the Defendant; (4) made no effort to correct these deficiencies once it was brought to his attention, and (5) repeatedly failed to comply with Court rules and/or obey Court orders.

The Plaintiff's prior matter culminated in an Order to Show Cause hearing, requiring Plaintiff's counsel to appear and show cause why the case should not be dismissed for his failure to appear for a scheduled status conference without advance notice to the Court or the Defendant that he would not appear, and without filing any motion or request for a continuance. Prior to the OSC hearing, Defendant formally appeared and filed a motion to dismiss. After the hearing, the Court dismissed Matthews' claims and a judgment was entered against the Plaintiff in favor of the Defendant.

Rule 41(b) of the Federal Rules of Procedure provides that:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule — except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 — operates as an adjudication on the merits.

The dismissal of action CV10-0822 was not voluntary. Judgment was entered in favor of the Defendant and against the Plaintiff. The Plaintiff has not appealed that judgment and the time for him to do so has expired. The Plaintiff's recourse here, if any, is against his attorneys for failure to abide by court orders and the applicable rules of

23037365v1 0915815 68083

1  procedure.

2  DATED this 19th day of October, 2010.

3  HINSHAW & CULBERTSON LLP

4  /s/ Victoria L. Orze
Victoria L. Orze
5  Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of October, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ryan Lee, Esq.
rlee@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Boulevard, Suite 401
Los Angeles, California  90025
Attorneys for Plaintiff

By   /s/ Victoria Orze