Law Offices
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
602-631-4400
602-631-4404
vorze@hinshawlaw.com

Victoria L. Orze (011413)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tim Matthews, | ) | No. CV10-08168-ECV |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Thunderbird Collection Specialists, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The parties, through undersigned counsel, stipulate to the dismissal of this matter, with prejudice, all parties to bear their own costs and attorneys' fees.

DATED this 15th day of August, 2011.

KROHN & MOSS, LTD.

/s/ Ryan Lee
*with authority*
Ryan Lee
Attorneys for Plaintiff


HINSHAW & CULBERTSON LLP

/s/ Victoria L. Orze
Victoria L. Orze
Attorneys for Defendant

. . .

. . .

**CERTIFICATE OF SERVICE**

     I certify that on the 15th day of August, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ryan Lee, Esq.
*rlee@consumerlawcenter.com*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, California  90025
Attorneys for Plaintiff

By   /s/ Anne Lockwood

23036418v1  0917197  68083