UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tim Matthews, | ) | No. CV10-08168-ECV |
| Plaintiff, | ) ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| Thunderbird Collection Specialists, Inc., | ) ) | |
| Defendant. | ) | |

The parties, having filed a stipulation for dismissal with prejudice (Doc #29), and cause appearing,

IT IS ORDERED dismissing this matter with prejudice, all parties to bear their own costs and attorneys' fees.

Dated this 22nd day of August, 2011.


Edward C. Voss
United States Magistrate Judge

23041191v1  0917197  68083